# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                                         Bk. No. 18-10625-BAH
                                                               Chapter 13
Michael T. Bates,
        Debtor(s)

## CHAPTER 13 ORDER OF THE COURT

Hearing Date:    9/28/18

Nature of Proceeding:  **Doc# 24 Motion to Dismiss Case For Failure to Comply With Certain Specific Terms of the Plan Filed by Trustee Lawrence P. Sumski**
**Doc# 20 Chapter 13 Plan Filed by Debtor Michael T. Bates**

OUTCOME OF HEARING:

**THE MOTION TO DISMISS IS GRANTED**
**CONFIRMATION OF THE CHAPTER 13 PLAN IS MOOT**

IT IS SO ORDERED:


 /s/  Bruce A. Harwood      Dated:   9/28/18
Bruce A. Harwood
Chief Judge